**Motion Granted and Abatement Order filed August 20, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00723-CV
_____

## GIL RAMIREZ, SR., Appellant

## V.

## AMERICAN FIRST NATIONAL BANK, Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-25602**

## ABATEMENT ORDER

On August 10, 2015, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 22, 2015. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the

appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM